**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CHARLOTTE McKIMMY, | ) |
| Plaintiff, | ) |
| vs. | ) NO. CV-04-3052-FVS |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) **JUDGMENT IN A CIVIL CASE** |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 4th day of August, 2005.

JAMES R. LARSEN
District Court Executive/Clerk

By: s/Renea Ferrante
Deputy Clerk

cc: all counsel